**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1080-15T1

STATE OF NEW JERSEY,

    Plaintiff-Respondent,

v.

NYGERA ARRINGTON,

    Defendant-Respondent,

and

ANTHONY CRUZ AND FIRST INDEMNITY
OF AMERICA INSURANCE COMPANY,

    Defendants,

and

ALL USA BAIL BONDS,

    Defendant-Appellant.

_____

        Argued October 16, 2017 — Decided October 31, 2017

        Before Judges Messano and Vernoia.

        On appeal from the Superior Court of New
        Jersey, Law Division, Essex County, Indictment
        No. 15-06-1511.

        Samuel M. Silver argued the cause for
        appellant.

Respondents have not filed a brief.

PER CURIAM

Appellant All USA Bail Bonds appeals from a September 18, 2015 order denying its motion for exoneration as surety and discharge of a $35,000 bond it posted for defendant Nygera Arrington's release on bail on aggravated assault charges. We are advised the charges against Arrington have been resolved and that, as a result, the bond has been discharged or will be discharged upon appellant's request.

We dismiss the appeal as moot. See Finkel v. Twp. Comm., 434 N.J. Super. 303, 315 (App. Div. 2013) ("[O]ur courts often decline to review legal questions that have become academic prior to judicial scrutiny, out of reluctance to render a decision in the abstract on such moot issues and a related desire to conserve judicial resources."). We are also satisfied the issues presented are not "of significant public importance," ibid., and are otherwise fact-sensitive and therefore not "'capable of repetition, yet evading review' because of the short duration of any single plaintiff's interest," ibid. (quoting In re Conroy, 190 N.J. Super. 453, 459 (App. Div. 1983), rev'd on other grounds, 98 N.J. 321 (1985)).

Dismissed as moot.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1080-15T1